ORIGINAL

vincentbordalloinf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00016 |
| Plaintiff. | **INFORMATION** |
| vs. | **CONVERSION OF PUBLIC MONEY, PROPERTY OR RECORDS** |
| VINCENT THOMAS BORDALLO, | [18 U.S.C. § 641] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about the 10th day of January 2005, in the District of Guam, the defendant, VINCENT THOMAS BORDALLO, wilfully and knowingly did steal and convert old salvaged power wire of the value of $3,200, which was property of the United States, in violation of Title 18, United States Code, Section 641.

Dated this 9th day of February 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney