| **Criminal Case Cover Sheet** | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00016**

Same Defendant _____ New Defendant ____X_____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name    VINCENT THOMAS BORDALLO

Alias Name    _____

Address    _____

_____

Birthdate XX/XX/1966    SS# XXX-XX-7292    Sex _M_    Race _PI_    Nationality Chamorro

**U.S. Attorney Information:**

AUSA Frederick A. Black_____

**Interpreter:** __X__ No ___Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED

FEB - 9 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: ___1_____    _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Conversion of Public Money, property or records | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 2-9-07    Signature of AUSA: _Fred A. Black_