O AO 455 (Rev. 5/85) Waiver of Indictment



DISTRICT COURT OF GUAM

FEB 1 6 2007

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.
VINCENT THOMAS BORDALLO

WAIVER OF INDICTMENT

CASE NUMBER: 07-00016

I, VINCENT THOMAS BORDALLO, the above named defendant, who is accused of Conversion of Public Money, Property or Records, in violation of Title 18, United States Code, Section 641.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/16/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL