IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00016 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| VINCENT THOMAS BORDALLO, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging him with Conversion of Public Money, Property or Records, in violation of 18 U.S.C. § 641, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on June 19, 2007, at 10:00 a.m.

IT IS SO ORDERED this 12th day of March 2007.



**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**