

The Law Offices of
# PHILLIPS & BORDALLO
A Professional Corporation
410 West O'Brien Drive, Suite 102 Hagåtña, Guam 96910-5044
Tel: (671) 477-ABCD (2223) • Fax: (671) 477-2FAX (2329)
" I Erensia, Lina'la', Espiritu-ta"

FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00016 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT** |
| VINCENT THOMAS BORDALLO, | ) | |
| Defendant. | ) | |

Vincent Thomas Bordallo (hereinafter "Defendant"), through his attorneys of record Phillips & Bordallo, P.C., by Michael F. Phillips, objects to the Presentence Investigation Report and specifically the use of information against Defendant, provided by Defendant pursuant to paragraphs 2, 3 and 6 of the parties Plea Agreement.

The Plea Agreement provides in relevant part:

> 6. The defendant understands that the Advisory Sentencing Guidelines apply to this offense. The government and the defendant stipulate to the following facts for purposes of the Sentencing Guidelines:
>
> \*     \*     \*
>
> b. If the defendant cooperates with the United States by providing information concerning the unlawful activities of others, the government agrees that any self-incriminating information so provided will not be used against defendant in assessing his punishment, and therefore, pursuant to § 1B1.8 of the Sentencing Guidelines, this information should not be used in determining the applicable guidelines range.

ORIGINAL

The Report, Paragraph 27, recommends the Court increase the offense level pursuant to § 3B1.1(b).

> 27. The defendant is responsible for coordinating the theft and sale of communications cable wire and paying members of his work crew a portion of the profits derived from the criminal activity. Pursuant to 3B1.1(b), a three level increase id applied as the defendant was a manager or supervisor in the criminal activity that involved five or more participants.

This alleged "Aggravating Role" results in a three level increase:

> (b) If the defendant was a manager or supervisor (but not an organizer or leader) <u>and the criminal activity involved five or more participants or was otherwise extensive</u>, increase by 3 levels. (Emphasis Added)

The parties entered into an agreement wherein information provided by Defendant, as mandated by the Plea Agreement, could not be used against him while "assessing his punishment." Plea Agreement, Paragraph 6(b). The Plea Agreement also contains a stipulation of facts "for purposes of the Sentencing Guidelines." Id., Paragraph 6. Courts have generally treated such stipulations as controlling when determining the appropriate guideline level:

> In this case, as in *Braxton*, the defendant pleaded guilty. Unlike *Braxton*, where no plea agreement or written stipulated facts were filed, in this case there was a stipulation; Day formally stipulated to facts as a part of the Agreement. While the Court declined to decide in the *Braxton* case whether a "stipulation" within U.S.S.G. § 1B1.2(a) had to be part of a formal plea agreement, written factual statements in plea agreements uniformly have been held to be stipulations for purposes of U.S.S.G. § 1B1.2(a). <u>United States v. Bos</u>, 917 F.2d 1178 (9th Cir.1990); <u>United States v. Roberts</u>, 898 F.2d 1465 (10th Cir.1990); <u>United States v. Strong</u>, 891 F.2d 82 (5th Cir.1989); <u>United States v. Garza</u>, 884 F.2d 181 (5th Cir.1989).

United States v. Day, 943 F.2d 1306, 1309 (11th Cir. 1991) (citing Braxton v. United States, 111 S. Ct. 1854 (U.S. 1991) ).

The Court should subtract three (3) levels from the Defendant's Total Offense Level resulting from the improper addition of three (3) levels as a consequence of Defendant providing the information required by the Plea Agreement. As explained and confirmed by the United States during the change of plea hearing, the Defendant has cooperated fully and extensively. The proper offense level under the Sentencing Guidelines is a level 4.

Respectfully submitted this 25th day of April 2007.

PHILLIPS & BORDALLO, P.C.
Attorneys for Defendant

By: _____
MICHAEL F. PHILLIPS

US Attorney's Office
Districts of Guam & NMI

APR 25 2007  2:02p
Time _____
Receiving name _____
Date keyed in Dbase _____
Entered Into Dbase by: _____