# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00016-001          DATE: June 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:14:53 - 11:00:57
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Vincent Thomas Bordallo      Attorney: Michael F. Phillips
    Present    Custody    Bond    P.R.       Present    Retained    FPD    CJA

U.S. Attorney: Frederick A. Black      U.S. Agent: Jason Ferguson, F.B.I.
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan / G. Perez
Interpreter:      Language:

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $3,200.00
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: