ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00016-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION FOR** |
| vs. | ) | **RELEASE OF PASSPORT** |
| | ) | |
| VINCENT THOMAS BORDALLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, U.S. Probation Officer John W. San Nicolas II, in the above-captioned case

and requests for the release of United States Passport Number XXXXXXXXX to the defendant,

Vincent Thomas Bordallo. The passport was released to the custody of the U.S. Probation Office

pending the disposition of this case. The defendant was sentenced on June 19, 2007, to three years

probation.

Dated this  24th  day of July 2007.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer