ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

## IN THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00016-001 |
| Plaintiff, | |
| vs. | **ORDER RE: APPLICATION FOR RELEASE OF PASSPORT** |
| VINCENT THOMAS BORDALLO, | |
| Defendant. | |

Upon application by the U.S. Probation Office, the Court hereby directs the U.S. Probation Office to release the Defendant's passport to him.

SO ORDERED this 13th day of August 2007.

                                            **/s/ Joaquin V.E. Manibusan, Jr.**
                                                  **U.S. Magistrate Judge**