

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **July 16, 2007**, as instrument number **758324**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Vincent Thomas Bordallo          Residence: Mongmong, GU 96910
    SSN: XXX-XX-7292
    DOB: XX-XX-1966                                  Mailing Address: Hagatna, GU 96932

Court Imposing Judgment:  U.S. District Court of Guam

Court Number:  CR 07-00016

Amount of Judgment:  $3,200.00

Place of filing:  Guam

WITNESS my hand at Hagåtña, Guam, on this, the 23rd day of August, 2007.

MARIVIC P. DAVID
Assistant U.S. Attorney

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam
By: _____
Deputy Clerk