# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00016-001 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| VINCENT THOMAS BORDALLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On June 19, 2007, Vincent Thomas Bordallo was sentenced by the Honorable Frances M. Tydingco-Gatewood for the offense of Conversion of Public Money, Property, or Records, in violation of 18 U.S.C. §641. He received a sentence of three years probation with conditions to include that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; participate in a mental health program approved by the U.S. Probation Office and follow through with treatment; provide access to any and all requested financial information and notify his probation officer of any change in financial status; submit to drug testing if his probation officer suspects he is using controlled substances; perform 50 hours of community service; pay a $100 special assessment fee; and pay restitution in the amount of $3,200. Mr. Bordallo has been on supervised release since June 19, 2007.

Mr. Bordallo has requested to travel to Rota, Commonwealth of the Northern Mariana Islands, to participate in the Rota Resort Classic Golf Tournament. He plans to depart Guam on January 26, 2008 and return on January 28, 2008.

Request to Travel
Re: BORDALLO, Vincent Thomas
Criminal Case No. 07-00016-001
January 22, 2008
Page 2


      Mr. Bordallo has satisfactorily complied with his conditions of probation. He submitted to a DNA sample of his blood on September 13, 2007, completed his community service requirement on November 30, 2007, paid his special assessment fee on June 21, 2007, and satisfied his restitution obligation on July 20, 2007. In addition, he is compliant with his mental health treatment program and provides this Officer with verification of treatment as required. Mr. Bordallo has been self employed as an electrician since July 2007. This Officer supports the travel request and seeks Court approval.

                                                       Respectfully submitted,

                                                       ROSSANNA VILLGOMEZ-AGUON
                                                       Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
                              U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    File