| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Vincent T. Bordallo**
Criminal Case No. 07-00016-001
SS# XXX-XX-7292
DOB: XX-XX-1966
HT: 5 ft 7 in
WT: 205 lbs



DATE: January 22, 2008

YOU ARE AUTHORIZED TO TRAVEL TO: **Rota, Northern Mariana Islands**

FROM **January 26, 2008** AND RETURNING **January 28, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Participate in the Rota Resort Classic Golf Tournament in Rota, Commonwealth of the Northern Mariana Islands.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Rota, N.M.I.**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **You shall call your probation officer if you change accommodation/location.**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME   N/A
ADDRESS

☐ APPROVED   ☐ DISAPPROVED